396 A.2d 822

Commonwealth v. Fehrenbach, Appellant.

Argued October 26, 1978. Dominick Motto, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

396 A.2d 822

Commonwealth v. Flocco, Appellant.

Argued October 24, 1978. Charles F. Gilchrest, for appellant; Frances S. Palmer, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.